IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Robinson, Vanessa M

Printed: 9/30/08

Case Number: 07 B 03801
Judge: Squires, John H
Filed: 3/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 20, 2008
Confirmed: June 6, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,538.00 | |
| Secured: | | 11,888.65 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,851.00 |
| Trustee Fee: | | 798.35 |
| Other Funds: | | 0.00 |
| Totals: | 14,538.00 | 14,538.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 1,851.00 | 1,851.00 |
| 2. | Green Tree Acceptance Inc | Secured | 0.00 | 0.00 |
| 3. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 6. | General Motors Acceptance Corp | Secured | 12,794.56 | 8,033.30 |
| 7. | James M Philbrick | Secured | 500.00 | 500.00 |
| 8. | Green Tree Acceptance Inc | Secured | 8,640.82 | 2,136.37 |
| 9. | American Home Mortgage Servicing | Secured | 5,368.32 | 1,218.98 |
| 10. | Illinois Dept of Revenue | Priority | 1,398.15 | 0.00 |
| 11. | World Financial Network Nat'l | Unsecured | 151.12 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 923.25 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 812.18 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 343.81 | 0.00 |
| 15. | Sprint Nextel | Unsecured | 919.03 | 0.00 |
| 16. | World Financial Network Nat'l | Unsecured | 490.71 | 0.00 |
| 17. | Capital One | Unsecured | 2,285.20 | 0.00 |
| 18. | Recovery Management Systems Corp. | Unsecured | 323.75 | 0.00 |
| 19. | General Motors Acceptance Corp | Unsecured | 0.00 | 0.00 |
| 20. | Credit Union One | Unsecured | 1,372.74 | 0.00 |
| 21. | Merrick Bank | Unsecured | 2,834.75 | 0.00 |
| 22. | Jefferson Capital | Unsecured | 192.26 | 0.00 |
| 23. | Illinois Dept of Revenue | Unsecured | 279.83 | 0.00 |
| 24. | RoundUp Funding LLC | Unsecured | 610.42 | 0.00 |
| 25. | Countrywide Home Loans Inc. | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Robinson, Vanessa M

Printed: 9/30/08

Case Number: 07 B 03801
Judge: Squires, John H
Filed: 3/3/07

| | | | | |
|---|---|---|---|---|
| 26. | Cingular Wireless | Unsecured | | No Claim Filed |
| 27. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 28. | Members Advantage Credit Union | Unsecured | | No Claim Filed |
| 29. | Seventh Avenue | Unsecured | | No Claim Filed |
| 30. | Popular Club Plan | Unsecured | | No Claim Filed |
| 31. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 32. | US Cellular | Unsecured | | No Claim Filed |
| | | | $ 42,091.90 | $ 13,739.65 |

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 719.70 |
| 6.5% | 78.65 |
| | $ 798.35 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

